**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br>*Plaintiff,*<br>v.<br>U.S. DEPARTMENT OF STATE,<br>*Defendant*. | No. 13-CV-772-CKK |

## JOINT STATUS REPORT

This case concerns Judicial Watch, Inc.'s May 2, 2011, FOIA request to the U.S. Department of State ("State") seeking certain employment-related forms of former Secretary Clinton and certain communications about former President Clinton's speech schedule and charitable financial relationship with foreign leaders and governments. This is the parties' seventeenth supplemental status report in this case. State has been releasing non-exempt portions of responsive records on a six-week basis since October 21, 2013. State's most recent release occurred on January 19, 2017, and the next release is planned for March 2, 2017.

The parties propose to file the next joint status report by May 17, 2017.

Dated: February 16, 2017

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ *Jason B. Aldrich*
JASON B. ALDRICH
D.C. Bar No. 495488

425 Third Street SW, Suite 800
Washington, DC 20024
(202) 646-5172
porfanedes@judicialwatch.org
jaldrich@judicialwatch.org
*Attorneys for Plaintiff*

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

s/ James D. Todd, Jr.
JAMES D. TODD, JR.
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Program Branch
Washington, DC 20530
(202) 514-3378
james.todd@usdoj.gov
*Attorneys for Defendant*