# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | |
| *Plaintiff*, | |
| v. | No. 13-cv-772 (CKK) |
| U.S. DEPARTMENT OF STATE, | |
| *Defendant*. | |

## JOINT STATUS REPORT

This case concerns Judicial Watch, Inc.'s May 2, 2011, FOIA request to the U.S. Department of State ("State") seeking certain employment-related forms of former Secretary Clinton and certain communications about former President Clinton's speech schedule and charitable financial relationship with foreign leaders and governments. State made rolling productions of non-exempt portions of responsive records on a six-week basis between October 21, 2013, and August 29, 2017, finished production, and provided Plaintiff with a draft *Vaughn* index describing the withholdings on the remaining documents. Since the filing of the last status report, the Parties have further narrowed the dispute, reducing the number of records at issue by approximately one-third. The Parties will meet and confer and will advise the Court within 60 days on how the Parties recommend the case proceed.

Dated:  January 16, 2018

Respectfully submitted,

| | |
|---|---|
| JUDICIAL WATCH, INC. | BRETT SHUMATE<br>Deputy Assistant Attorney General |
| *s/ Jason B. Aldrich*<br>JASON B. ALDRICH<br>D.C. Bar No. 495488 | JESSIE K. LIU<br>United States Attorney |
| 425 Third Street SW, Suite 800<br>Washington, DC 20024<br>(202) 646-5172<br>porfanedes@judicialwatch.org<br>jaldrich@judicialwatch.org | ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch<br><br>s/ James D. Todd, Jr.<br>JAMES D. TODD, JR.<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Program Branch<br>Washington, DC 20530<br>(202) 514-3378<br>james.todd@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |