# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

    Plaintiff,

        v.

U.S. DEPARTMENT OF STATE,

    Defendant.

No. 13-cv-772 (CKK)

## JOINT NOTICE OF PERTINENT NEW AUTHORITY

Pursuant to this Court's July 5, 2019, Order directing the parties to identify any pertinent new authority since the parties completed briefing, *see* Order, ECF No. 56, the parties state that they have identified no pertinent new authority other than the case cited in the Court's Order regarding the deliberative process privilege. *See* Order at 1 (citing *Property of the People, Inc. v. Office of Mgmt. & Budget*, 330 F. Supp. 3d 373, 386 (D.D.C. 2018)).

Dated: July 11, 2019

Respectfully submitted,

| | |
|---|---|
| JUDICIAL WATCH, INC. | JOSEPH H. HUNT<br>Assistant Attorney General |
| *s/ Jason B. Aldrich*<br>JASON B. ALDRICH<br>D.C. Bar No. 495488 | ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch |
| 425 Third Street SW, Suite 800<br>Washington, DC 20024<br>(202) 646-5172<br>jaldrich@judicialwatch.org | *s/ James D. Todd, Jr.*<br>JAMES D. TODD, JR.<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Program Branch<br>Ben Franklin Station<br>P.O. Box 883<br>Washington, DC 20044<br>(202) 514-3378<br>james.todd@usdoj.gov |
| *Attorneys for Plaintiff* | |

*Attorneys for Defendant*