IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    Defendant. | No. 1:13-cv-772 (CKK) |

**DEFENDANT'S NOTICE OF DISCLOSURE
OF PREVIOUSLY-WITHHELD INFORMATION**

Please take notice that, pursuant to this Court's September 5, 2019, Order, Defendant has disclosed to Plaintiff information Defendant had previously withheld pursuant to Exemption 5 of the Freedom of Information Act, 5 U.S.C. § 552(b)(5), and about which the Order had directed Defendant to release the withheld information or submit further information *ex parte* and *in camera* about the context of the redaction. *See* Order, ECF No. 59; Sealed & *Ex Parte* Mem. Op., ECF No. 60. Although the information has not been improperly withheld, Defendant has determined, as a matter of discretion, to release the withheld information, thus rendering moot this Court's need for further consideration of this previously-withheld but now disclosed information.

Dated: September 25, 2019

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        ELIZABETH SHAPIRO
        Deputy Branch Director

        <u>s/ James D. Todd, Jr.</u>
        JAMES D. TODD, JR.
        U.S. DEPARTMENT OF JUSTICE
        Civil Division, Federal Programs Branch
        Ben Franklin Station
        P.O. Box 883
        Washington, DC 20044
        james.todd@usdoj.gov

        Attorneys for Defendant